No. 12–6166. D. M. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 12–6174. MOORER-BEY *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–6199. JOHNSON *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6201. SUGGS *v.* UNITED STATES; and
No. 12–6425. PRICE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 681 F. 3d 411.

No. 12–6209. COLLINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6219. GARCIA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 12–6221. HITCHCOCK *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6251. CURE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–6253. PIEKARSKY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6256. VANN *v.* GILBERT ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–6280. MATAELE *v.* NUNN, DIRECTOR, CENTER FOR FAMILIES, CHILDREN AND THE COURTS FOR THE STATE OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6282. CHRISTI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6284. WARD *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 12–6290. SIMS *v.* PRESKA, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.